UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

RONALD H. VAN DEN HEUVEL,

    Plaintiff,

  v.                                    Case No. 12-C-327

AI CREDIT CORPORATION and
FIRST INSURANCE FUNDING CORP.,

    Defendants.

---

**ORDER GRANTING MOTION TO WITHDRAW MOTION TO TRANSFER**

---

On April 4, 2012, this matter was removed from Brown County Circuit Court and on April 5, 2012, a Motion to Transfer Venue of the case to New York City pursuant to a forum selection clause was filed. The defendant FIRST Insurance Funding, Corp. (FIRST), which states it is incorrectly named as FIRST Insurance Financing Corp. in the caption of the Summons and Complaint, now seeks to withdraw its motion seeking a transfer of venue. The motion to withdraw is conditioned upon the Court setting a time within which it's responsive pleading is due.

Based upon the foregoing, FIRST's motion is granted and the motion to transfer venue is withdrawn. FIRST shall have 14 days from the date of this order in which to file its responsive pleading.

**SO ORDERED** this   24th   day of April, 2012.

                                                 s/ William C. Griesbach
                                               William C. Griesbach
                                               United States District Judge