UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RONALD H. VAN DEN HEUVEL, et al.,

    Plaintiffs,

v.                              Case No. 12-C-0327

ALLIANZ LIFE INSURANCE
COMPANY OF NORTH AMERICA, et al.,

    Defendants.

**ORDER**

On August 1, 2013 Plaintiffs filed a motion for an extension of time to file an Amended Complaint. They requested an extension until August 15, 2013 for filing their amended complaint, and an extension until September 16, 2013 for filing answers or other responsive pleadings. The defendants have not opposed the motion and the time for doing so has now passed. Accordingly, Plaintiffs' motion will be granted. Plaintiffs' amended pleading is due on or before August 15, 2013, and Defendants' responsive pleadings are due on or before September 16, 2013.

**SO ORDERED** this  13th  day of August, 2013.

                                       s/ William C. Griesbach
                                       William C. Griesbach, Chief Judge
                                       United States District Court